**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6333

MARCUS A. THORPE,

Plaintiff - Appellant,

v.

DERRICK COPELAND, f/k/a John Does 1-5; CHRISTOPHER JOHNSON, f/k/a John Does 1-5; JOHN F. SNYDER, f/k/a John Does 1-5; ROBERT J. VIRTUE, f/k/a John Does 1-5; JOSHUA T. QUINN, f/k/a John Does 1-5,

Defendants - Appellees,

and

ANITA GOWANS, f/k/a A. Gowans, Nurse, Alexander CI; JOHN DOES, Correctional Officers 1-5; JOHN DOE, Medical Doctor; DAVID J. DAVIS, f/k/a John Does 1-5; NATHAN E. WYATT, f/k/a John Does 1-5; PHILLIP A. CARSWELL, f/k/a John Does 1-5; CURTIS D. SAUBERAN, f/k/a John Does 1-5; DAVID A. STEPHENS, f/k/a John Does 1-5,

Defendants.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Martin K. Reidinger, Chief District Judge.  (5:18-cv-00162-MR)

Submitted:  September 11, 2024                    Decided:  September 18, 2024

Before KING, GREGORY, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

_____

Marcus A. Thorpe, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus A. Thorpe appeals the district court's judgment entered in Defendants' favor in Thorpe's 42 U.S.C. § 1983 action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Thorpe v. Copeland*, No. 5:18-cv-00162-MR (W.D.N.C. Mar. 30, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*